Thomas A. PORTER, Plaintiff–Appellant

v.

UNITED STATES, Defendant–Appellee.

No. 05–5105.

United States Court of Appeals, Federal Circuit.

April 6, 2006.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.